United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                           Case No. 20-01472-JAW
Oteasia Nicole Stuckey                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                     User: mssbad                                                             Page 1 of 2
Date Rcvd: Apr 22, 2025                               Form ID: pdf012                                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

**Recip ID**                 **Recipient Name and Address**
db                        +   Oteasia Nicole Stuckey, 121 Cedar Creek Dr, Flora, MS 39071-9748

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5472753 | Email/Text: BKBCNMAIL@carringtonms.com | Apr 22 2025 19:46:00 | JP Morgan Chase Bank, National Association, 1600 South Douglass Rd., Anaheim, CA 92806 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025                             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Pete Cicero, III | on behalf of Creditor Ascendium Education Solutions Inc. dcicero@balch.com, mgunnells@burr.com |
| Charles Frank Fair Barbour | on behalf of Creditor JP Morgan Chase Bank National Association cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com |
| Charles Frank Fair Barbour | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. cbarbour@underwoodlawfirm.com bankruptcies@underwoodlawfirm.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Harold J. Barkley, Jr.
    on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
    HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Oteasia Nicole Stuckey trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

20-01472-JAW Dkt 58 Filed 04/24/25 Entered 04/24/25 23:33:23 Page 3 of 3



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
Date Signed: April 22, 2025

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

OTEASIA NICOLE STUCKEY                                               20-01472 – JAW

### ORDER GRANTING TRUSTEE'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT OF ALL POST-PETITION PAYMENTS

    THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments (DK # 56 ); and the Court orders as follows:

    THAT, no response has been timely filed herein.

    THAT, the Movant represented to the Court that the Motion was served in accordance with all applicable rules.

    THAT, pursuant to Federal Bankruptcy Rule 3002.1(d) the Trustee filed his Notice and thereafter a Motion that the amount required to cure the default due to JP Morgan Chase Bank, National Association has been paid in full.

    THAT, JP Morgan Chase Bank, National Association was given proper notice for filing any responses and for a hearing date set on said matter.

    THAT, Trustee's Motion for Determination of Final Cure and Payment of All Post Petition Payments that the creditor's pre-petition arrears claim has been paid in full and that all post-petition payments are deemed current through February 2025.

    IT IS THEREFORE ORDERED that Section 1322(b)(5) claim due to JP Morgan Chase Bank, National Association shall be deemed current through February 2025 and that all defaults in the claim shall be deemed cured.

    IT IS FURTHER ORDERED that the Debtor is hereby responsible for post-petition payments beginning March 1, 2025, in the amount of $1,068.14.

##END OF ORDER##

SUBMITTED BY:

*Justin B. Jones*

JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM