**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPPI**

IN RE:                                                      CHAPTER 13 NO:
**OTEASIA NICOLE STUCKEY**                    **20-01472-JAW**

### **TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE that the above referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **29ᵀᴴ day** of **April, 2025.**

                                                */s/ Harold J Barkley, Jr.*
                                                Harold J. Barkley, Jr.
                                                Chapter 13 Trustee
                                                P. O. Box 4476
                                                Jackson, Ms.  39296-4476
                                                Tel: 601-362-6161
                                                Fax: 601-362-8826