**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Oteasia Nicole Stuckey, Debtor                                Case No. 20-01472-JAW
                                                                        **Chapter 13**

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Oteasia Nicole Stuckey                                                                                          05-01-2025
          Oteasia Nicole Stuckey                                                                                                    Date


      /s/ Thomas C. Rollins, Jr.                                                                                                 05-01-2025
      Thomas C. Rollins, Jr., MS Bar No. 103469                                                                Date
      Attorney for the Debtor
      The Rollins Law Firm, PLLC
      P.O. Box 13767
      Jackson, MS 39236
      601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |


## CERTIFICATE OF SERVICE

     On May 6, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                               /s/ Thomas C. Rollins, Jr.
                                                 Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>OTEASIA NICOLE STUCKEY | CASE NO: 20-01472<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/6/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/6/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>OTEASIA NICOLE STUCKEY | CASE NO: 20-01472<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/6/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/6/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  20-01472<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE MAY 6 9-1-5 PST 2025 | ASCENDIUM EDUCATION SOLUTIONS  INC<br>CO BURR  FORMAN LLP<br>420 N 20TH STREET  SUITE 3400<br>BIRMINGHAM  AL 35203-5210 | ~~(U)JP MORGAN MORTGAGE ACQUISITION CORP~~ |
| (P)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | (P)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 BUTTONWOOD COURT<br>MADISON WI 53718-2156 |
| (P)BIG PICTURE LOANS<br>PO BOX 704<br>WATERSMEET MI 49969-0704 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 | EXCLUDE<br>~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~<br>~~1600 S DOUGLAS RD SUITE 110~~<br>~~ANAHEIM CA 92806-5951~~ |
| CASH NET USA<br>200 WEST JACKSON BLVD<br>14TH FLOOR<br>CHICAGO  IL 60606-6929 | CHARLES FRANK FAIR BARBOUR<br>UNDERWOOD LAW FIRM  PLLC<br>ATTY FOR J P MORGAN MORTGAGE ACQUISITI<br>P O BOX 16852<br>JACKSON  MS 39236-6852 | CREDENCE RESOURCE MANA<br>PO BOX 2300<br>SOUTHGATE  MI 48195-4300 |
| DIRECTTV<br>PO BOX  5007<br>CAROL STREAM  IL 60197-5007 | GREAT LAKES<br>PO BOX 7860<br>MADISON  WI 53707-7860 | (P)JD RECEIVABLES LLC<br>PO BOX 382656<br>GERMANTOWN TN 38183-2656 |
| EXCLUDE<br>~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~<br>~~1600 S DOUGLAS RD SUITE 110~~<br>~~ANAHEIM CA 92806-5951~~ | EXCLUDE<br>~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~<br>~~1600 S DOUGLAS RD SUITE 110~~<br>~~ANAHEIM CA 92806-5951~~ | NISSAN OF NORTH AMERIC<br>PO BOX 685001<br>FRANKLIN  TN 37068-5001 |
| (P)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | TEA OLIVE  LLC<br>PO BOX 1931<br>BURLINGAME  CA 94011-1931 |
| UNDERWOOD LAW FIRM<br>PO BOX 16852<br>JACKSON  MS 39236-6852 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6 430~~<br>~~JACKSON  MS 39201-5022~~ | EXCLUDE<br>~~HAROLD J BARKLEY JR~~<br>~~PO BOX 4476~~<br>~~JACKSON  MS 39296-4476~~ |
| DEBTOR<br>OTEASIA NICOLE STUCKEY<br>121 CEDAR CREEK DR<br>FLORA  MS 39071-9748 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | |